# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES W. KEENAN and JUDY M. KEENAN,<br><br>                    Appellants,<br><br>   vs.<br><br>ROSS M. PYLE; PROCOPIO, CORY, HARGREAVES & SAVITCH, a business entity unknown; JEFFREY ISSACS, an individual and DOES 1-50, inclusive,<br><br>                    Respondents. | CASE NO. 07CV1090 WQH (BLM)<br><br>ORDER SETTING BRIEFING SCHEDULE ON BANKRUPTCY APPEAL |

HAYES, Judge:

On June 13, 2007, Appellants James W. Keenan and Judy M. Keenan filed this bankruptcy appeal pursuant to 28 U.S.C. § 158. (Doc. # 1). Appellants appeal from the United States Bankruptcy Court's May 4, 2007, Order Granting Defendants' Motion for Imposition of Sanctions for Violation of Rule 9011 Regarding Motion for Recusal/Disqualification.

The Court has set a hearing date for the purposes of this appeal from the United States Bankruptcy Court to be heard before the Honorable William Q. Hayes on **Monday, September 17, 2007, at 11:00 A.M. in Courtroom 4**. In preparation for the appeal, the Court orders the following appeal and briefing schedule:

1. The parties shall lodge a Record of Appeal no later than **Monday, July 16, 2007**.

2. Appellants shall serve and file their opening brief on or before **Monday, August 6, 2007**.

3. Respondents shall serve and file a responsive brief on or before **Monday, August 20, 2007.**

4. Appellants may serve and file a reply brief on or before **Monday, September 3, 2007**.

5. All briefs shall comply with Federal Rule of Bankruptcy Procedure 8010.

**IT IS SO ORDERED**.

DATED: June 25, 2007

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge