# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

James W. Keenan and Judy M. Keenan

V.   **JUDGMENT IN A CIVIL CASE**

Ross M. Pyle, Procopio Cory Hargreaves & Savitch, Jeffrey Isaacs, Does 1-50

**CASE NUMBER:**   07cv01090 W (LSP)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

the Court affirms the bankruptcy court's sanctions award in its entirety against Appellants James W. Keenan and Judy M. Keenan.

| January 10, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

s/ A. Everill
(By) Deputy Clerk

ENTERED ON January 10, 2008

Ross M. Pyle